## Return

| Case No.: 5:17-mj-141 | Date and time warrant executed: Aug 31, 2017 @ 1028 | Copy of warrant and inventory left with: Left @ Residence |
|---|---|---|

Inventory made in the presence of : SDGFP CO JOSH THOMPSEN

Inventory of the property taken and name of any person(s) seized:

Please See Attached USFWS Property Receipts. Three (3) Pages.

**FILED**

SEP 07 2017

CLERK

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: SEP 7, 2017

_____
Executing officer's signature

BRAD MERRILL - USFWS
_____
Printed name and title

DEPARTMENT OF THE INTERIOR
U.S. FISH AND WILDLIFE SERVICE

# PROPERTY RECEIPT

**RECEIVED / SEIZED FROM:**

E. Tom Macka Ben

**RECEIVED / SEIZED BY:**

SA Merrill

**DATE AND TIME OF RECEIPT:**

8-31-2017 @1415

**FILE NUMBER:**

2016605395

**LOCATION:** ▮▮▮▮▮▮▮▮▮

Piedmont, SD

| ITEM NO. | DESCRIPTION: |
|---|---|
| ST # 757151 | |
| #1 | Hunt Photo's & License |
| #2 | 2016 WT DEER |
| #3 | Hunt Photo's |
| #4 | Outfitter Notes |
| #5 | Ledger |
| #6 | Hunt Photo's & Documents |
| #7 | Hunt Photo's & Regulations |
| #8 | Photographs & Documents |
| #9 | Hunt Photo's |
| #10 | Outfitter Notes & Documents |
| #11 | BANK Statements |
| #12 | Ledger & Outfitter Notes |
| #13 | Photo Album & Hunt Guide |

I hereby certify that the above is a correct and complete inventory of items (received/seized by) (transferred from) the undersigned officer at the above stated date, time and place, and that the said inventory was made in the presence of:

**OFFICER:** _(signature)_

**WITNESS:** _(signature)_

I hereby acknowledge receipt of a copy of this inventory and that it is true and complete:

**SIGNATURE:**

No Signature Available

FORM 3-155 (9/81)

# PROPERTY RECEIPT

**RECEIVED / SEIZED FROM:**

E. Tom MackaBen

**DATE AND TIME OF RECEIPT:**

8-31-2017 @ 1415

**FILE NUMBER:**

2016605395

**RECEIVED / SEIZED BY:**

SA Merrill

**LOCATION:**

███████████ ███

PIEDMONT, SD

| ITEM NO. | DESCRIPTION: |
|---|---|
| ST # 757151 | |
| #14 | Hunt Notes |
| #15 | Out Fitter Documents & Notes |
| #16 | SDGFP Licenses |
| #17 | Kodak Camera w/ Hunt Photos |

I hereby certify that the above is a correct and complete inventory of items (received/seized by) (transferred from) the undersigned officer at the above stated date, time and place, and that the said inventory was made in the presence of:

**OFFICER:**

**WITNESS:**

I hereby acknowledge receipt of a copy of this inventory and that it is true and complete:

**SIGNATURE:**

No Signature Available

FORM 3-155 (9/81)

# PROPERTY RECEIPT

**RECEIVED / SEIZED FROM:**

Donald Eich

**DATE AND TIME OF RECEIPT:**

8·31·2017 @ 1440

**FILE NUMBER:**

2016605395

**RECEIVED / SEIZED BY:**

SA Merrill

**LOCATION:**

████████████

Piedmont, SD

| ITEM NO. | DESCRIPTION: |
|---|---|
| ST # 757152 | One(1) Short- Barrel Shotgun |
| ST # 757153 | One(1) Reloading Scale Box w/ Suspected Drug & Drug Related material, |

**OFFICER:**

I hereby certify that the above is a correct and complete inventory of items (received/seized by) (transferred from) the undersigned officer at the above stated date, time and place, and that the said inventory was made in the presence of:

**WITNESS:**

I hereby acknowledge receipt of a copy of this inventory and that it is true and complete:

**SIGNATURE:**

Donald L Eich

FORM 3-155 (9/81)